**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1599**

TATYANA NIKOLAEVNA POKROVSKAYA,

Plaintiff - Appellant,

v.

VIRGINIA EMPLOYMENT COMMISSION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., Senior District Judge. (3:21-cv-00271-JAG)

Submitted: January 20, 2022                    Decided: January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Tatyana Nikolaevna Pokrovskaya, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tatyana Nikolaevna Pokrovskaya appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction. We have reviewed the record and conclude that the district court correctly found that it lacked jurisdiction over Pokrovskaya's complaint. However, as the dismissal was based on the lack of subject matter jurisdiction, it "must be one without prejudice, because a court that lacks jurisdiction has no power to adjudicate and dispose of a claim on the merits." *S. Walk at Broadlands Homeowner's Ass'n, Inc. v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013). Accordingly, we affirm the district court's order dismissing Pokrovskaya's complaint, but we modify the judgment to reflect that Pokrovskaya's complaint is dismissed without prejudice for lack of subject matter jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*